IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JOSEPH BURRIS, | : | Civil Action No. 4:14-CV-2032 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| RALPHO TWP. POLICE DEPARTMENT, | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**

January 21, 2015

The undersigned has given full and independent consideration to the thorough December 11, 2014, report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 6.

Because this Court agrees with Magistrate Judge Schwab's thorough analysis, and Plaintiff did not object to the report and recommendation, the Court will not rehash her sound reasoning and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation is ADOPTED in full. December 11, 2014, ECF No. 6.

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE as amendment would be futile. October 21, 2014, ECF. No. 1.

3. The clerk is directed to close the case file.

                              BY THE COURT:

                              s/ Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge